**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BOBBI ANN MERTIS | : | No. 546 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| DONG-JOON OH, M.D., NORTH | : | |
| AMERICAN PARTNERS IN ANESTHESIA | : | |
| (PENNSYLVANIA), LLC, WILKES-BARRE | : | |
| HOSPITAL COMPANY, LLC D/B/A | : | |
| WILKES-BARRE GENERAL HOSPITAL | : | |
| AND COMMONWEALTH HEALTH | : | |
| | : | |
| | : | |
| PETITION OF: DONG-JOON OH, M.D. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2023, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner is:

(1) Whether, in an issue of first impression and significant public importance, Pa.R.C.P. 4003.6(1) expressly permits defense counsel in a medical malpractice case to speak with plaintiff's treating physicians outside the discovery process in circumstances where: (i) Pa.R.C.P. 4003.6(1) expressly allows defense counsel to communicate directly with treating physicians who are firm clients; and (ii) both treating physicians are clients of the law firm in question[.]

    The American Medical Association and the Pennsylvania Medical Society's

Application for Leave to File Amicus Curiae Brief is also **GRANTED**.